

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LAURA MAE PATTERSON							PLAINTIFF

VS.								CIVIL ACTION NO. 3:03cv406WS

MUTUAL SAVINGS LIFE INSURANCE COMPANY,
AND DALE MOORE								DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CASE having come on to be heard on the *ore tenus* motion of the plaintiffs, and each of them, and the defendants, by and through their attorneys, to dismiss the plaintiffs' claims with prejudice, and the Court having considered said motion, and being fully advised in the premises, finds it is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims of each of the plaintiffs herein are hereby dismissed with prejudice as to all defendants, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 22nd day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

*[signature]*

Joseph L. Tucker
K. Stephen Jackson, P.C.
Black Diamond Building
2229 First Avenue North
Birmingham, AL 35203

**Attorneys for Plaintiff**


*[signature]*

Douglas J. Gunn
Watkins & Eager, PLLC
P.O. Box 650
Jackson, MS 39205
**Attorney for Defendants**